WINNIE PIPELINE V. HARRINGTON

NO. 07-04-0385-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 8, 2004

______________________________

IN THE MATTER OF THE MARRIAGE OF CESLIE LYN 

HERNDON AND BRIAN JACK HERNDON AND IN THE

 INTEREST OF ALISSA KAYLYN HERNDON AND  

WILLIAM HENRY HERNDON, CHILDREN

_________________________________

FROM THE 294th DISTRICT COURT OF VAN ZANDT COUNTY;

NO. 03-00798; HON. TERESA A. DRUM, PRESIDING

_______________________________

On Motion to Dismiss

_______________________________

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

Brian Jack Herndon, appellant, by and through his attorney, has filed a motion to dismiss this appeal because the parties have fully compromised and settled all issues in dispute and have agreed on a trial court judgment nunc pro tunc.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.   

Per Curiam